IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE FIRST LIBERTY INSURANCE CORPORATION,**<br>                    **Plaintiff,**<br><br>              v.<br><br>**SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,**<br>                    **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  21-CV-04471 |

## ORDER

**AND NOW**, this 16th day of May, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 16), Plaintiff's Response thereto (ECF No. 17), and Defendant's Reply (ECF No. 18), it is **HEREBY ORDERED** that said Motion is **DENIED**.

BY THE COURT:


/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**