IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE FIRST LIBERTY CORPORATION**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **SELECTIVE INSURANCE COMPANY**<br>**OF THE SOUTHEAST,**<br>Defendant. | **NO. 21-4471** |

## O R D E R

**AND NOW**, this 2nd day of November, 2022, upon consideration of Plaintiff The First Liberty Insurance Corporation's Motion for Partial Summary Judgment (ECF No. 21), and Defendant Selective Insurance Company of the Southeast's Response in Opposition thereto (ECF No. 22), it is **HEREBY ORDERED** that said Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**